# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, et al.<br>    v.<br>BRAVO CONSTRUCTION COMPANY, INC., an Illinois corporation | Case Number:<br>FILED: JULY 9, 2008<br>08CV3899<br>JUDGE KENDALL<br>MAGISTRATE JUDGE ASHMAN<br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, et al., Plaintiffs herein

---

**NAME** (Type or print)
Cecilia M. Scanlon

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
    s/ Cecilia M. Scanlon

**FIRM**
Baum Sigman Auerbach & Neuman, Ltd.

**STREET ADDRESS**
200 W. Adams Street, Suite 2200

**CITY/STATE/ZIP**
Chicago, IL   60606-5231

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288564 | 312/236-4316 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐