**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, et al.<br>    v.<br>BRAVO CONSTRUCTION COMPANY, INC., an Illinois corporation | Case Number:<br>FILED: JULY 9, 2008<br>08CV3899<br>JUDGE KENDALL<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, et al., Plaintiffs herein

PH

| |
|---|
| NAME (Type or print)<br>Catherine M. Chapman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Catherine M. Chapman |
| FIRM<br>Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS<br>200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204026 | TELEPHONE NUMBER<br>312/236-4316 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐