## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3899                     Assigned/Issued By: J. N.

Judge Name: KENDALL                       Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                           Receipt #: 2919281

Date Payment Rec'd: 7-9-08                 Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____              _____
         (Type of Writ)                    _____
                                           (Type of issuance)

1 Original and 1 copies on 7-9-08 as to DEFENDANT
                        (Date)