IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FOX VALLEY CONSTRUCTION
WORKERS FRINGE BENEFIT FUNDS
And MICHAEL T. KUCHARSKI,
As ADMINSTRATIVE MANAGER,
                Plaintiffs,

vs.

BRAVO CONSTRUCTION COMPANY, INC.,
an ILLINOIS CORPORATION,
                Defendant.

**CASE NO. 08 CV 3899**

**HONORABLE VIRGINIA M. KENDALL**

## ANSWER

The Defendant, Bravo Construction Company, Inc., by and through its attorney answer the Plaintiff's complaint as follows:

1. The Defendant neither admits nor denies because the Plaintiff has no knowledge to form a belief.

2. The Defendant neither admits nor denies because the Plaintiff has no knowledge to form a belief.

3. Admit

4. The Defendant Admits 4(b) and 4(c),

   The Defendant denies 4(a) because it is untrue the agreement makes no so such stipulation,

   The Defendant denies 4(d) because it is untrue the agreement makes no so such stipulation,

   The Defendant denies 4(e) because it is untrue the agreement makes no so such stipulation and the Plaintiff is not delinquent in its payments,

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION**

    The Defendant denies 4(f) because it is untrue the agreement makes no so such stipulation,

    The Defendant denies 4(g) because it is untrue the Plaintiff is aware and has a surety bond from the Defendant.

5. The Defendant denies the allegation because it is untrue. The Plaintiff has made no such requests.

6. The Defendant denies the allegation because it us untrue. The Defendant has provided reports stating all hours with payments

7. The Defendant denies the allegation because it is untrue.

8. The Defendant denies the allegation because it is untrue. The Defendant has performed all of its obligations and continues to do so.

WHEREFORE, the Defendant prays this Court

    A. Dismisses the Plaintiffs action with prejudice.

    B. The Court award the Defendant costs and attorney's fees.

    C. The Court awards the Defendant any other relief it may deem just and equitable.

                                                   /s/ James P. Casement
                                                   Attorney for the Defendant

James P. Casement
6292526
Law Office of James P. Casement
1595 Weld Road, Suite #4
Elgin, IL 60123
(847) 888-9300
jim@casement.net