**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Fox Valley Construction Workers Fringe Benefit Funds, et al.

                            Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03899
　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Bravo Construction Company, Inc.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's telephonic request to reset the status hearing is granted. Status hearing date of 9/10/2008 is reset for 9/17/2008 at 09:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.